September 29, 2023

Dear Sir/Madame

Pursuant to state law this letter is to inform you of Nial Sherwood Williams intent to file a federal Title 42 U.S.C. Section 1983 federal civil rights lawsuit pursuant to events that occurred on November 1, 2021.

On November 1, 2021, the Anchorage School Board held a regular meeting at 5530 East Northern Lights Boulevard. Anchorage, Alaska 99504. All meetings are televised and the district has numerous security cameras and many cameras in use for the School Board meeting. I was in attendance that day and was silently filming from a chair set up for members of the public. After listening to a number of speakers I noticed a lack of attention in some of the executive staff seated off to the side of the meeting so I chose to pick up my phone to begin filming. I filmed silently for a period of 26 seconds filming Superintendent Deena Bishop. Then I panned my camera towards Chief Operations Officer Tom Roth while remaining seated in my chair. 19 seconds later you can see Tom Roth summon with a non verbal hand gesture security guard Steven C Brown.

I continued to film silently and twice more over the next 45 seconds you can see Tom Roth use hand gestures imploring Steven C Brown to come over. Mr Brown comes over to me and tells me that I am disturbing others by silently filming from a chair. Mr Roth and Mr Brown have an inaudible discussion and then Steven C Brown returns and tells me I am being a distraction and that I need to stop filming.

At this point a new person reports to the microphone to testify who turns out to be an employee of the school district. Bartlett High School teacher Sarah Davies acted as an agitator and stated that my silent filming was, "An incredible distraction." Miss Davies repeatedly asked me to stop filming stating that my filming silently while seated in a chair over 15 feet away, "was making her nervous."

School Board Chair Margo Bellamy also asked me to stop filming that day. Miss Bellamy disrupted the meeting that day violating my constitutional rights by asking me to stop filming. Miss Bellamy strangely refers to Miss Davies as "a witness" a terminology rarely if ever used by Miss Bellamy to refer to members of the public speaking before the School Board. Miss Bellamy violated her oath to the United States Constitution and the Constitution of the State of Alaska in singling out and attempting to humiliate and also get Mr Williams arrested for a constitutionally protected activity.

Mr Dave Donley was the only elected official that chose to stand up for the rights of Mr Williams and to honor his oath to the United States Constitution and the Constitution of the State of Alaska. Mr Donley made numerous appeals to the Chair of the School Board Miss Bellamy who obfuscated her responsibility in the matter. Mr Donley made no less than 5 appeals of the ruling of the Chair Miss Bellamy in an effort to vindicate Mr Williams constitutional rights, Miss Bellamy denied asking me to leave. The very asking of Mr Williams to stop filming was asking Mr Williams to leave. Miss Bellamy did make a ruling to suspend Mr Williams right to film, right to assemble, right to equal protection of the laws, as well as a number of other constitutional violations.

Steven C Brown, who is security for the meetings asked Mr Williams to leave. Chair Bellamy is in charge of the meeting however she did not allow Mr Williams to remain. Her demand to Mr Williams to stop filming and her sanctioning of the ejection of Mr Williams implicates her in the conspiracy to have violated Mr Williams civil and constitutional rights.

Carl Jacobs, School Board member was dishonorable to his oath of office to defend the Constitution of the State of Alaska and the Constitution of the United States of America on November 1, 2021. Mr Jacobs utilized the technical aspects of Roberts Rules of Order to play cover for the illegal activity of Miss Bellamy. He used his intelligence in the inner workings of these rules to turn the eyes of the members of the School Board away from the obvious Constitutional violations from Mr Tom Roth, Mr Steven C Brown, Miss Sarah Davies, and School Board Chair Margo Bellamy and to use a technical escape provided by virtue of Roberts Rules of Order. In doing so he also attempted to veil the public's visibility of this egregious violation of the Constitution by tricking the members of the Board into accepting violations of the Constitution as normal business procedure. A man of true integrity would look at the situation and not try and cover up for the unconstitutional actions of others but to stand up and honor his oath.

Despite the continuous urgings and petition of Mr Donley, Miss Bellamy could not stand to be embarrassed and humiliated by Mr Donley and that she knew she would lose on the merits of her argument to tell a citizen to stop filming she called a 5 minute recess. Instead of discussing the matter in public and before the microphone Miss Bellamy chose to hide in a back room so that the public would not see the fact that she was acting like a tyrant. The choice to call Mr Williams to testify does not right the injustices that were done to Mr Williams that day.

Kelly Lessens, School Board member, made a statement on the record that "There are children in the room." Stating that filming "minors was not appropriate." Inferring and insinuating that Mr Williams filming a public meeting was nefarious because there may or may not be children in the room. This is both absurd on its face and libelous. First the Anchorage School District has security cameras that both surveil video and potentially audio all over Anchorage School District headquarters. Second the Board room has news cameras, district cameras, and a camera in every pocket or hand of every parent, board member, staff, and student. To intimate that my filming paid executive level staff and elected officials and paid ASD staff members is somehow infringing the privacy of children at a public meeting is ludicrous. Miss Lessens had an opportunity to apologize in person for her transgression and libelous statements when Mr Williams served dinner to her and her child, but she failed to do so.

The remainder of the Anchorage School Board members: Andy Holleman, Dora Wilson, Pat Higgins and Superintendent Deena Bishop remained silent to the egregious actions summarized above. Their failure to act is in no way a small violation of their oath to the United States Constitution or the Constitution of the State of Alaska. Inaction of those in positions of power to right an injustice is just as egregious. To sit silently when one has the ability, and duty to act is also egregious.

All of the above named persons and potentially more individuals will be named in both their official and individual capacities in a Title 42 U.S.C. Section 1983 lawsuit to be filed unless the following demands are met:

1). $1 from each of the following persons:
Tom Roth
Steven C Brown
Margo Bellamy
Sarah Davies
Deena Bishop
Carl Jacobs
Kelly Lessens
Andy Holleman
Dora Wilson

Pat Higgins

2). Each of the above named and listed persons must also submit a personally crafted and handwritten apology for violating Mr Williams constitutional rights. These apologies must be handwritten by each of the above named persons. All the handwritten apologies must be published in a Sunday edition of the Anchorage Daily News newspaper on or before October 29, 2023. Apologies must also be spoken live at an Anchorage School Board meeting on or before October 29, 2023 while also being recorded by KTUU for a Sunday night broadcast on KTUU on or before October 29, 2023. Copies of all apologies must be submitted to Mr Williams at the address below on or before October 29, 2023.

3). A rescinding of Mr Nial Sherwood Williams order of trespass from Anchorage School District properties. Also an apology for ever having trespassed Mr Williams in the first place and a guarantee that the District will not discriminate against Mr Williams or other political opponents in the future.

Sincerely

Mr. Nial Sherwood Williams
P.O. Box 190353
Anchorage, Alaska
(907) 215-0975