# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NIAL SHERWOOD WILLIAMS,

        Plaintiff,

  v.

MARGO BELLAMY, et al.,

        Defendants.

Case No. 3:23-cv-00252-SLG

## ORDER RE MOTION TO DISMISS

Before the Court at Docket 20 is Defendants Margo Bellamy, Stephen C. Brown, Tom Roth, Carl Jacobs, and Kelly Lessens' Motion to Dismiss. Plaintiff Williams did not file a response to the motion. For the reasons articulated by Defendants in their motion, the motion to dismiss is GRANTED. Plaintiff has failed to effectuate service of process in accordance with Rule 4 of the Federal Rules of Civil Procedure on any of the remaining Defendants in this case, despite having had nearly two years to try to do so. Therefore, the motion to dismiss is GRANTED and this is DISMISSED. The Clerk of Court is directed to enter a Final Judgment accordingly.

DATED this 17th day of July, 2025, at Anchorage, Alaska.

                                          */s/ Sharon L. Gleason*
                                          UNITED STATES DISTRICT JUDGE